JS-6 / ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB - 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STEVEN SCILAGYI,<br><br>    Petitioner,<br><br>vs.<br><br>B.M. CASH, Warden,<br><br>    Respondent. | Case No. CV 11-948-VBF (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed for lack of jurisdiction.

DATED: 2-2-11

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE